### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF KENTUCKY
### AT BOWLING GREEN

*Filed Electronically*

| | |
|---|---|
| HERBERT J. SMITH, JR.,        ) | |
|                                              ) | |
|           Plaintiffs                 ) | |
|                                              ) | |
|               v.                        ) | Civil Action No. 1:23-cv-00004-GNS-HBB |
|                                              ) | |
| AMERICAN ECONOMY INSURANCE  ) | |
| COMPANY,                            ) | Removed from Warren Circuit Court |
|                                              ) | Case No. 22-CI-1362 |
|           Defendant.               ) | |

## AGREED ORDER OF DISMISSAL

By agreement of Defendant American Economy Insurance Company ("American") and Plaintiff Herbert Smith, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED AND ADJUDGED** that all claims asserted by Plaintiff in the above-captioned action are hereby dismissed in their entirety with prejudice, with each party to bear its own costs.

This is a final and appealable Order; there being no just cause for delay of its entry.

Greg N. Stivers, Chief Judge
United States District Court

December 15, 2023

Have seen and agreed:

/s/ *Samuel W. Wardle*      /s/ *Gray Caudill*

Douglas W. Langdon (dlangdon@fbtlaw.com)
J. Kendrick Wells IV (kwells@fbtlaw.com)
Samuel W. Wardle (swardle@fbtlaw.com)
400 West Market Street, 32nd Floor
Louisville, Kentucky 40202-3363
*Counsel for Defendant*

Gray Caudill
416 East 12th Street
Bowling Green, KY 42101
graycaudilllaw@gmail.com
*Counsel for Plaintiff*

0000T69.0765211  4873-2611-5989